**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 258 EAL 2015
                                          :

           Respondent               :

                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court

           v.                        :

                                            :

ANEL CUENAS,                         :

                                          :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.